R. B. GRIMES v. E. S. WIGGINS, *Treasurer, et al.*

(Filed July 30, 1898.)

*Error from the District Court of Woodward County; before John H. Burford, District Judge.*

*Long & Noble* and *S. L. Overstreet*, for plaintiffs in error.

*Harper S. Cunningham, Attorney General*, for defendants in error.

PER CURIAM: Cause argued and submitted on the briefs in *Wilson v. Wiggins*, this volume, p. 517, involving only the same questions therein decided. Following the judgment therein, the judgment of the district court is hereby affirmed.